## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | 17-01619 |
| | ) | |
| **Jessica Smith,** | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge Deborah L. Thorne |

### NOTICE OF OBJECTION

TO: See attached list

On December 2, 2020, at 1:30 p.m., I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, and present this motion, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **160 9362 1728** – no password required. The meeting ID and further information can also be found on the Judge Thorne's web page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                                        Movant:  Jessica Smith
                                                        By:  Michael R. Colter, II
                                                        David M. Siegel & Assoc., LLC
                                                        790 Chaddick Drive
                                                        Wheeling, IL 60090
                                                        (847) 520-8100
                                                        mcolter@davidmsiegel.com

### CERTIFICATE OF SERVICE

     I certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on October 27, 2020 at 5:00 p.m.

                                                                       /s/ Michael R. Colter, II
                                                                         Micahel R. Colter, II

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: thocall@chi13.com

*To the following persons or entities who have been served via U.S. Mail:*

Jessica Smith
14210 Dobson Ave
Dolton, IL 60419

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

Wollemi Acquisitions, LLC
by AIS Portfolio Services, LP as agent
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

LVNV Funding, LLC its successors and
assigns as assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Educational Credit Mgmt. Corp.
P.O. Box 16408
St. Paul, MN 55116-0408

Premier Bankcard, LLC
c o Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Exeter Finance Corp.
4515 N. Santa Fe Ave.
Dept. APS
Oklahoma City, OK 73118

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | **17-01619** |
| | ) | |
| **Jessica Smith,** | ) | **Chapter 13** |
| | ) | |
| Debtor(s). | ) | **Hon. Judge Deborah L. Thorne** |

### OBJECTION TO CLAIM 7-1 (EXETER FINANCE COMPANY)

NOW COMES the Debtor, **Jessica Smith**, by and through her attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC, to present their Objection to Claim No. 7-1, and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the U.S. District Court for the Northern District of Illinois.

2. On January 19, 2017, Debtor filed for relief under Chapter 13 of Title 11 USC.

3. On May 23, 2017, Exeter Finance Corp. filed Proof of Claim 7-1. The basis for this debt was a 2006 Ford Explorer. The loan documents are attached to the claim.

4. On August 4, 2016, Debtor's husband, John Smith, filed Chapter 13 (Case # 16-25161) and Marilyn O. Marshall was appointed trustee in that case. Mr. Smith's Chapter 13, like Debtor's Chapter 13 is paying 100% of the general unsecured creditors allowed claims.

5. On December 6, 2016, Exeter Finance LLC filed Proof of Claim 11-1 and 11-2 in John Smith's Chapter 13. The basis for this debt was a 2006 Ford Explorer. The loan documents were attached to the proof of claim (Exhibit B).

6. Mr. Smith's Case Summary on www.ndc.org shows Exeter Finance LLC has been paid $11,874.13 on Claim 11 in Case # 16-25161 (Exhibit C).

7.     Exeter Finance may be entitled to some interest but they are not entitled to the $12,774.56 they list on Claim 7-1 in Debtor's Chapter 13.

WHEREFORE, pursuant to 11 U.S.C. §502(a), the Debtor, **Jessica Smith**, respectfully requests this honorable Court deny Claim No. 7-1 and for such other and further relief as the Court shall deem proper.

          Respectfully Submitted,

          /s/ Michael R. Colter, II
          Michael R. Colter, II, ARDC #6304675