# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | **17-01619** | |
| | ) | | |
| Jessica Smith, | ) | **Chapter 13** | |
| | ) | | |
| Debtor(s). | ) | **Hon. Judge Deborah L. Thorne** | |

<u>NOTICE OF MOTION</u>

TO: See attached list

On December 2, 2020, at 1:30 p.m., I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, and present this motion, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

    **To appear by video,** use this link: https://www.zoomgov.com/.  Then enter the meeting ID and password.

    **To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and password.

    **Meeting ID and password**. The meeting ID for this hearing is **160 9362 1728** – no password required.  The meeting ID and further information can also be found on the Judge Thorne's web page on the court's web site.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Movant:  Jessica Smith
By:  Michael R. Colter, II
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
mcolter@davidmsiegel.com

## CERTIFICATE OF SERVICE

    I certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on October 27, 2020 at 5:00 p.m.

<u>/s/ Michael R. Colter, II</u>
Micahel R. Colter, II

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee:  USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee:  thocall@chi13.com

*To the following persons or entities who have been served via U.S. Mail:*

Jessica Smith
14210 Dobson Ave
Dolton, IL 60419

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

Wollemi Acquisitions, LLC
by AIS Portfolio Services, LP as agent
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

LVNV Funding, LLC its successors and
assigns as assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Educational Credit Mgmt. Corp.
P.O. Box 16408
St. Paul, MN 55116-0408

Premier Bankcard, Llc
c o Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Exeter Finance Corp.
4515 N. Santa Fe Ave.
Dept. APS
Oklahoma City, OK 73118

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | | ) | **17-01619** |
| | | ) | |
| **Jessica Smith,** | | ) | **Chapter 13** |
| | | ) | |
| | Debtor(s). | ) | **Hon. Judge Deborah L. Thorne** |

### <u>MOTION TO MODIFY PLAN</u>

NOW COMES the Debtor, **Jessica Smith**, by and through her attorney, David M. Siegel & Associates, LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the U.S. District Court for the Northern District of Illinois.

2) On January 19, 2017, Debtor filed for relief under Chapter 13 of Title 11 USC.

3) Debtor's Plan was confirmed on July 5, 2017, with monthly payments of $1,025.00, and general unsecured creditors receiving no less than 100% of their allowed claims.

4) Debtor was laid off due to COVID-19 and now receives $1,089.00 bi-weekly in unemployment insurance benefits from the State of Illinois.

5) Debtor can resume making payments to the trustee per the amended I and J.

6) Debtor seeks to modify her plan under § 1329 and defer the current default.

7) Debtor seeks to modify her plan under § 1329 and reduce the plan payment to $975.00. General unsecured creditors will still receive no less than 100% of their allowed claims.

8) Debtor seeks these modifications to her plan without the intent to commit fraud.

WHEREFORE, the Debtor, **Jessica Smith**, prays that this Honorable Court enter an

Order Modifying Debtor's Chapter 13 Plan and for other such relief as the Court deems fair and

proper.

Respectfully Submitted,

/s/ Michael R. Colter, II
Michael R. Colter, II, A.R.D.C. #6304675
Attorney for the Debtor