UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 17-01619 |
| Jessica Smith, ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Deborah L. Thorne | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

### ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) Debtor's Plan is modified under § 1329 by deferring the default to the end of the plan.

2) Debtor's Plan is modified under § 1329 by decreasing her plan payment to $975.00 per month.

Enter: *[signature: Deborah L. Thorne]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: December 16, 2020

**Prepared by:**

Michael R. Colter, II
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
mcolter@davidmsiegel.com